UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SAGINAW CHIPPEWA INDIAN TRIBE OF
MICHIGAN,

          Plaintiff,           Case No. 15-cv-12077

v.           Honorable Thomas L. Ludington

NATIONAL LABOR RELATIONS BOARD,
CHAIRMAN, et al.,

          Defendants.

_____/

**ORDER STRIKING STIPULATION**

Local Rule 7.1(a) provides that parties seeking relief by motion must seek concurrence. E.D. Mich. L.R. 7(a)(1). If concurrence is obtained, the subject matter of the motion or request may be made a matter of record by stipulated order. *Id*. Rule 11(a) of the United States District Court for the Eastern District of Michigan Electronic Filing Policies and Procedures provides that a proposed order must be submitted "via the link located under the Utilities section of CM/ECF." Submitting the proposed order through the Utilities section permits the Court to participate in decisions that may impact the Court's docket responsibility.

Here, the parties have agreed to an extended response and reply schedule for the Saginaw Chippewa Tribe's Motion for a Preliminary Injunction and Motion for a Temporary Restraining Order. Instead of being submitted in accordance with Electronic Filing Policies and Procedures Rule 11(a), however, the stipulation was filed on the Court's docket. *See* ECF No. 15. While the consensual resolution of a potential dispute is appreciated, the stipulation and proposed order must be furnished through the Utilities section of CM/ECF.

Accordingly, it is **ORDERED** that the stipulation adjourning briefing dates, ECF No. 12, is **STRICKEN**.

Dated: June 12, 2015                                  s/Thomas L. Ludington
                                                      THOMAS L. LUDINGTON
                                                      United States District Judge

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 12, 2015.

                                      s/Karri Sandusky
                                      Karri Sandusky, Acting Case Manager